**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **OLIVISTAR LLC,** | |
| **Plaintiff,** | **CIVIL ACTION NO. 2:15-cv-410** |
| **v.** | |
| **EXXON MOBIL CORPORATION,** | **JURY TRIAL DEMANDED** |
| **Defendant.** | |

**PLAINTIFF OLIVISTAR LLC'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT EXXON MOBIL CORPORATION**

Plaintiff Olivistar LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby provides its

Notice of Voluntary Dismissal of Defendant Exxon Mobil Corporation.  By the filing of this

Notice, Plaintiff asks the Court to dismiss Defendant Exxon Mobil Corporation WITHOUT

PREJUDICE.

 Dated: June 16, 2015                    Respectfully submitted,

                                        By: */s/ Austin Hansley*
                                        **AUSTIN HANSLEY P.L.L.C.**
                                        Austin Hansley
                                        Texas Bar No.: 24073081
                                        Brandon LaPray
                                        Texas Bar No.: 24087888
                                        5050 Quorum Dr. Suite 700
                                        Dallas, Texas 75254
                                        Telephone:     (469) 587-9776
                                        Facsimile:     (855) 347-6329
                                        Email: Austin@TheTexasLawOffice.com
                                        www.TheTexasLawOffice.com
                                        **ATTORNEY FOR PLAINTIFF**
                                        **OLIVISTAR LLC**

<u>**CERTIFICATE OF SERVICE**</u>

I certify this document was filed electronically pursuant to Local Rule CV-5(a) on Dated: June 16, 2015.  Pursuant to Local Rule CV-5(a), this electronic filing acts to electronically serve all counsel who have consented to electronic service via the Court's CM/ECF system.  Any other counsel of record will be served by facsimile transmission and first class mail.

<u>/s/ *Austin Hansley*</u>
Austin Hansley